IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Tony D | Case Number:  05 B 22389 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  6/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 12, 2008
Confirmed: July 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,056.55 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,058.30 |
| Priority: | | 0.00 |
| Administrative: | | 2,224.20 |
| Trustee Fee: | | 586.69 |
| Other Funds: | | 187.36 |
| Totals: | 11,056.55 | 11,056.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,224.20 | 2,224.20 |
| 2. | R & R Country Motors | Secured | 0.00 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 31.50 | 90.00 |
| 4. | R & R Country Motors | Unsecured | 663.64 | 1,896.12 |
| 5. | Peoples Energy Corp | Unsecured | 353.51 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,288.00 | 3,680.00 |
| 7. | Robert J Adams & Associates | Unsecured | 837.26 | 2,392.18 |
| 8. | Car Town | Unsecured | | No Claim Filed |
| 9. | Midwest Credit Inc | Unsecured | | No Claim Filed |
| 10. | Chicagoland Emergency Phys SC | Unsecured | | No Claim Filed |
| 11. | Jefferson Capital | Unsecured | | No Claim Filed |
| 12. | J.D. Syman, Ltd. | Unsecured | | No Claim Filed |
| 13. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 14. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| | | | $ 5,398.11 | $ 10,282.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 17.16 |
| 5.5% | 140.56 |
| 5% | 40.89 |
| 4.8% | 74.83 |
| 5.4% | 175.01 |
| 6.5% | 105.34 |
| 6.6% | 32.90 |
| | $ 586.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Smith, Tony D | Case Number:  05 B 22389 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  6/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

